**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
COLORTREE GROUP, LLC,

               Plaintiff,

               22 **CIVIL** 5375 (JPO)

      -against-               **DEFAULT JUDGMENT**

AUTOTROL CORPORATION,

               Defendant.
----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated June 8, 2023, Plaintiff's motion for default judgment is GRANTED. Colortree is awarded judgment against Autotrol requiring Autotrol to pay $601,508.06, plus $402.00, for a total of $601,910.06, to Colortree; accordingly, the case is closed.

**DATED**: New York, New York
          June 9, 2023

                                       **RUBY J. KRAJICK**
                                       **Clerk of Court**
                                       *K. Mango*
                   **BY:** _____
                                       **Deputy Clerk**